## BALDWIN v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 119, September Term, 1963.]

*Decided March 16, 1964.*

Before BRUNE, C. J., and HENDERSON, PRESCOTT, HORNEY and SYBERT, JJ.

PER CURIAM.

The application of Russell Harvey Baldwin for leave to appeal from the order denying him post conviction relief from his imprisonment for murder in the first degree is hereby denied for the reasons stated in the opinion filed by Judge Loveless in the lower court.

*Application denied.*